UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE JOSEPH YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC HOLDER, et al.,<br><br>    Defendants. | Case No. 15-cv-01446-PJH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Maxine M. Chesney for consideration of whether the case is related to *United States v. Gale Joseph Young*, CR 08-502 MMC.

**IT IS SO ORDERED.**

Dated: May 7, 2015

                                                             PHYLLIS J. HAMILTON<br>
                                                             United States District Judge