**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GALE JOSEPH YOUNG,

        Plaintiff,

  v.

ERIC HOLDER, et al.,

        Defendant.

_____/

No. C-15-1446 MMC (PR)

**ORDER DISMISSING ACTION;
DIRECTIONS TO CLERK**

     By order filed July 17, 2015, the Court dismissed plaintiff Gale Joseph Young's complaint, and afforded plaintiff leave to file an amended complaint no later than August 21, 2015.  Plaintiff has not filed an amended complaint.

     Accordingly, the above-titled action is hereby DISMISSED.

     The Clerk of Court is hereby DIRECTED to close the file.

     **IT IS SO ORDERED.**

Dated:  September  3, 2015

_____
MAXINE M. CHESNEY
United States District Judge