IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE JOSEPH YOUNG, | No. C15-01446 MMC |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| ERIC HOLDER, | |
| Defendant. / | |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.**  For the reasons stated in the order Dismissing Action; Directions to Clerk, this case is dismissed. Judgment is entered accordingly.

**IT IS ORDERED AND ADJUDGED.**

Dated: September 4, 2015                              FOR THE COURT,

                                                                            Richard W. Wieking, Clerk

                                                                            By: _____
                                                                                  Kristen Melen
                                                                                  Courtroom Deputy